UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELLIOT HOGAN (#106177)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 10-495-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 12, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' Motion to Dismiss is granted and the claims against them are dismissed without prejudice to any state law claims against Secretary LeBlanc, Warden Cain and Sgt. Simon.

Baton Rouge, Louisiana, January  10 , 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA